SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Sierra Sunrise, LTD., et al,<br><br>          Defendants | Case No. **2:11-cv-00764-MCE-CKD**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT this action be and is hereby dismissed, with prejudice, pursuant to FRCP 41 (a)(2), each side to bear its own fees and costs.  The Clerk of Court is hereby directed to close this file.

Dated:  January 18, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE